No. 10.  SHOTWELL MANUFACTURING CO. ET AL. *v.* UNITED STATES. On cross-petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. The motion of Frank J. Huebner to withdraw from the conditional cross-petition for writ of certiorari is granted. The motion of *Harold A. Smith* et al. for leave to withdraw as counsel for Frank J. Huebner is granted. The motion to treat the conditional cross-petition for writ of certiorari as an unconditional cross-petition for writ of certiorari is granted. The cross-petition for writ of certiorari in this case is denied. *Harold A. Smith* and *Howard Ellis* for the Shotwell Manufacturing Co. et al., petitioners. *Simon E. Soboloff,* then Solicitor General, *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States.

No. 363.  SAMPSELL ET AL. *v.* BALTIMORE & OHIO RAILROAD CO. ET AL., *ante,* p. 941. Motion for leave to file petition for writ of certiorari under 28 U. S. C. § 1651 denied. Rehearing denied.

No. 562.  GIVENS *v.* MOULTON, *ante,* p. 975. Petition for other relief denied. Rehearing denied.

No. 290, Misc.  BOYD *v.* JONES ET AL. Application denied.

No. 460, Misc.  SHEPHERD *v.* UNITED STATES; and
No. 507, Misc.  BANNING *v.* MURRAH, U. S. CIRCUIT JUDGE, ET AL. Motions for leave to file petitions for writs of mandamus denied.